IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SALLY BEAUTY SUPPLY, L.L.C., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CASE NO. 4:07cv522 |
| WALLACE O'FARRELL MARKETING | § | |
| INC., a/k/a/ WAL-MED, INC. | § | |

FILED-CLERK
U.S. DISTRICT COURT

2008 AUG -6 PM 4:03

TEXAS-EASTERN

BY_____

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 7, 2008, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Dismiss (Dkt. 4) be DENIED in its entirety.

The court has made a *de novo* review of the objections raised by Defendant and Plaintiff's response. The court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of the Defendant are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court. Therefore, Defendant's Motion to Dismiss (Dkt. 4) is DENIED in its entirety.

**IT IS SO ORDERED.**

**SIGNED** this 6th day of Aug, 2008.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE